**Dickie Frelin WIMMER, Petitioner–Appellant,**

v.

**Howard PAINTER, Warden, Mount Olive Correctional Complex, Respondent–Appellee,**

and

**George Trent, Respondent.**

No. 01–6190.

United States Court of Appeals, Fourth Circuit.

Submitted June 20, 2001.

Decided June 29, 2001.

Dickie Frelin Wimmer, pro se.

not timely as to that order. Fed.R.App.P. 4(a)(1). Accordingly, we lack jurisdiction to review that order.

Darrell V. McGraw, Jr., Dawn Ellen Warfield, Office of the Attorney General of West Virginia, Charleston, WV, for appellee.

Before NIEMEYER, LUTTIG, and KING, Circuit Judges.

PER CURIAM.

Dickie Frelin Wimmer seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Wimmer v. Painter*, No. CA–98–292–5 (S.D.W.Va. Mar. 30, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*